Form 3-1

Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CVB INC.,**<br><br>                    **Plaintiff,**<br>v.<br><br>**UNITED STATES,**<br>                    **Defendant.** | **S U M M O N S**<br><br>Case No. 24-00036 |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff in this action is CVB Inc. As an importer, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A), who was a party to the proceeding that led to the determination being challenged. Plaintiff participated in the proceeding through the submission of written argument. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. The contested determination is the U.S. Department of Commerce *Wooden Bedroom Furniture from the People's Republic of China: Final Scope Ruling on Zinus Inc.'s Metal and Wood Platform Beds*, dated January 11, 2024. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days after the date of mailing of the determination and is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).
   (Brief description of contested determination)

3. January 11, 2024
   (Date of determination)

Form 3-2

4. <u>Not applicable</u>
(If applicable, date of publication in Federal Register of notice of contested determination)

          Respectfully submitted,

          <u>/S/ Kelly A. Slater</u>
          Kelly A. Slater, Esq.
          Emily Lawson, Esq.
          APPLETON LUFF PTE LTD
          1025 Connecticut Avenue, NW
          Suite 1000
          Washington, DC 20036
          (301) 649-2149

          Counsel to Plaintiff

Dated: February 8, 2024

**SERVICE OF SUMMONS BY THE CLERK**
**CVB, INC. v. UNITED STATES**
**CIT Court No. 24-00036**

Pursuant to USCIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest an administrative decision listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for the commencement of this action. In accordance with Rule 4(a)(1) and (4) of the Rules of this Court, the Clerk of the Court is requested to serve copies of the summons upon the following defendants:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, New York 10278

Supervising Attorney
Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street & Constitution Ave., NW
Washington, D.C. 20230

J. Michael Taylor, Esq.
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
Email: jmtaylor@kslaw.com

Jaehong David Park, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Email: david.park@apks.com