UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CVB, INC.,<br><br>        Plaintiff,<br><br>and<br><br>AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHAN-BASSET FURNITURE COMPANY INC.,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>ZINUS, INC.,<br><br>        Defendant-Intervenor. | Court No. 24-00036 |

NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Liridona Sinani hereby enters her appearance as principal attorney of record for the United States,

defendant in the above-captioned action, and requests that all papers in connection therewith be referred to her attention. Ms. Alison S. Vicks may be removed as an attorney of record in this matter.

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney
    General

    PATRICIA M. McCARTHY
    Director

    s/ Franklin E. White, Jr.
    FRANKLIN E. WHITE, JR.
    Assistant Director

    s/Liridona Sinani
    LIRIDONA SINANI
    Trial Attorney
    Commercial Litigation Branch
    Civil Division
    U.S. Department of Justice
    P.O. Box 480
    Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 353-2188
    Facsimile: (202) 307-0972
    Email: Liridona.Sinani@usdoj.gov

    OF COUNSEL:
    FEE PAUWELS
    U.S. Department of Commerce
    Office of the Chief Counsel for Trade
    Enforcement & Compliance

3

Dated: August 12, 2024                    *Attorneys for Defendant*