UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CVB, INC., <br><br> Plaintiff, <br><br> and <br><br> AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHAN-BASSET FURNITURE COMPANY INC., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ZINUS, INC., <br><br> Defendant-Intervenor. | Court No. 24-00036 |

## ORDER OF DISMISSAL

This action listed on the attached schedule (Schedule to Stipulation of Dismissal), having been voluntarily stipulated for

Court No. 24-00036

dismissal by all parties having appeared in this action, is dismissed with prejudice, with each party to bear its own costs, expenses and attorney fees.

                                        Clerk, U.S. Court of International Trade

                                        By:_____
                                                          Clerk of the Court

Dated:_____

## Schedule to Stipulation of Dismissal

| Court Number | Plaintiff |
|---|---|
| 24-00036 | CVB, Inc. |

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| CVB, INC., | |
| Plaintiff, | |
| and | |
| AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE and VAUGHAN-BASSET FURNITURE COMPANY INC., | |
| Plaintiff-Intervenors, | |
| v. | Court No. 24-00036 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| ZINUS, INC., | |
| Defendant-Intervenor. | |

## STIPULATION OF DISMISSAL

Please take notice that plaintiff, pursuant to Rule 56.2(g), and

Rule 41(a)(1)(A)(ii), of the Rules of the United States Court of

International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action on the attached schedule (Schedule of Stipulation of Dismissal), hereby dismisses this action with prejudice, with each party to bear its own costs, expenses, and attorney fees.

                                                Respectfully submitted,

On behalf of Plaintiff:        /s/ Kelly A. Slater
                                         KELLY A. SLATER
                                         EMILY LAWSON
                                         APPLETON LUFF
                                         1025 Connecticut Avenue, NW Suite 1000
                                       Washington, DC 20036
                                       Tel: (301) 649-2149

                                       **

                                       1700 Seventh Avenue
                                       Suite 2100
                                       Seattle, WA 98101
                                       Tel: (206) 357-8522
                                       Email: lawson@appletonluff.com

                                       *Counsel to CVB, Inc.*

On behalf of Defendant:     BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                       PATRICIA M. McCARTHY
                                       Director

|  | /s/ Franklin E. White, Jr. |
|---|---|
|  | FRANKLIN E. WHITE, JR. |
|  | Assistant Director |

/s/ Liridona Sinani
LIRIDONA SINANI
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington D.C. 20044
Tel: (202) 353-2188
Email: Liridona.Sinani@usdoj.gov

OF COUNSEL:

Fee Pauwels
Attorney
U.S. Department of Commerce

*Attorneys for Defendant*

On behalf of Plaintiff-Intervenors: /s/ J. Michael Taylor
J. MICHAEL TAYLOR
DANIEL L. SCHNEIDERMAN
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 2006-4706
Tel: (202) 626-2385
Email: jmtaylor@kslaw.com

*Counsel to American Furniture Manufacturers Committee for Legal Trade and Vaughan-Bassett Furniture Company, Inc.*

3

On behalf of Defendant-Intervenor: <u>/s/ J. David Park</u>
                                         J. DAVID PARK
                                         HENRY D. ALMOND
                                         LYNN M. FISCHER FOX
                                         GINA M. COLARUSSO
                                         ARCHANA RAO P. VASA
                                         ARNOLD & PORTER KAYE SCHOLER LLP
                                         601 Massachusetts Ave. NW
                                         Washington, DC 20001-3743
                                         Tel: (202) 942-5646
                                         Email:david.park@arnoldporter.com

                                         *Counsel to Zinus, Inc.*

Dated: August 15, 2024

## Schedule to Stipulation of Dismissal

| Court Number | Plaintiff |
|---|---|
| 24-00036 | CVB, Inc. |